ACCEPTED
14-15-00059-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00059-CV

IN THE
FOURTEENTH COURT OF APPEALS
AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 12:52:00 PM
CHRISTOPHER A. PRINE
Clerk

ELBERT DAVIS,
Appellant,

V.

EBBIE LOVING d/b/a A-K-A BAIL BONDS,
Appellee

## APPELLEE'S MOTION FOR LEAVE TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW Appellee, Ebbie Loving d/b/a A-K-A Bail Bonds and requests additional time to file its brief pursuant to TRAP 10.5(b) and shows as follows:

1. Appellee's brief was is due on September 21, 2015

2. Appellee requests an additional seven (7) days to file her brief. This extension would be to September 28, 2015.

3. This is Appellee's first request for leave to extend time to file her brief.

4. Appellee requests more time because appellee's attorney requires time to obtain and finalize the brief. Appellee's attorney experienced a death in his family this month that required travel and time away from his office. This event also unfortunately coincided with appellee's assistant's educational

leave. These events left appellee's attorney short staffed temporarily, and resulted in backlog in appellee's attorney's calendar.

5. Appellee respectfully requests the she be given leave to extend time to file her brief in this cause to September 28, 2015.

Respectfully Submitted,

/s/ *Eddie L. Gomez*
_____
Eddie L. Gomez
TBN 24055562
Eddie Gomez, P.C.
Great Southwest Building
1314 Texas Avenue, Suite #1500
Houston, Texas 77002
Tel: (713) 653-3867
Attorney for Appellee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the 20th day of September, 2015, by electronic service as follows:

Kurt G. Clarke
Attorney for Appellant
SBN: 04316720
6200 Savoy Drive, Ste 458
Houston, Texas 77036
(713) 779-5500
(713) 779-6668 – fax
kgclaw@aol.com

/s/ *Eddie L. Gomez*
_____
Eddie L. Gomez